IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SENICK<br><br>                      Plaintiff,<br><br>    v.<br><br>HOME DEPOT CREDIT SERVICES, and CITI BANK,<br><br>                      Defendants. | CIVIL ACTION NO. 3:20-cv-02173-SES |

## STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's February 4, 2021 Order (ECF No. 22), Counsel for defendant Citibank, N.A. submits this Status Report with regard to the parties' settlement efforts. The parties have spoken several times since the Court's February 4 Order, but have not been able to reach an agreement with respect to settlement. The parties were also unable to reach an agreement with respect to mediation. Citibank would prefer to explore the Court's free or low-cost mediation program. Mr. Senick would prefer to commence discovery.

Respectfully submitted,

Dated: February 12, 2021

                              BALLARD SPAHR LLP
                              /s/ *Daniel JT McKenna*
                              Daniel JT McKenna
                              Ballard Spahr LLP
                              1735 Market St, 51st Floor
                              Philadelphia, PA 19103
                              T: 215.864.8358
                              F: 215.864.8999
                              mckennad@ballardspahr.com

                              *Counsel for Defendant, Citibank, N.A.*