DAVID SENICK  UNITED STATES DISTRICT COURT
1637 SUGAR LANE  MIDDLE DISTRICT OF PENNSYLVANIA
KUNKLETOWN PA. 18058  CASE NUMBER
    PLAINTIFF  3:20-CV-02173

    V.

HOME DEPOT (CREDIT SERVICES)
CITIBANK N.A.
150 POCONO COMMONS
STROUDSBURG PA. 18360
    DEFENDANTS

## ORDER

AN NOW, ON THIS _____ DAY OF _____, 2021, UPON CONSIDERATION OF PLAINTIFFS MOTION TO COMPEL DEFENDANT TO REMOVE ALL INFORMATION FROM CREDIT REPORTS IN THE WORLD IMMEDIATELY IS GRANTED. IT IS SO BY ORDERED DEFENDANT IS TO IMMEDIATELY REMOVE ALL INFORMATION REGUARDING A HOME DEPOT CARD ISSUED BY CITIBANK (CITIBANK N.A.) IMMEDIATELY UNTIL ABOVE LISTED CASE IS RESOLVED.

                                      BY THE COURT

DATED: FEBRUARY 19, 2021