DAVID SENICK

1637 SUGAR LANE

KUNKLETOWN PA. 18058

   PLAINTIFF

   V.

HOME DEPOT (CREDIT SERVICES)

CITIBANK N.A.

150 POCONO COMMONS

STROUDSBURG PA. 18360

   DEFENDANT

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

CASE NUMBER

3:20-CV-02173

FILED SCRANTON

APR 15 2021

PER ___ DEPUTY CLERK

## MOTION TO COMPEL

MOTION BY PLAINTIFF THAT ALL FUTURE PLEADINGS BY DEFENDANT ARE TO BE HAND DELIVERED IN PERSON IN FRONT OF A JUDGE AT THE WILLIAM J NEALON FEDERAL BUILDING, SCRANTON PA. 18501-1148. ALL THE PLAYERS IN THIS CASE ATTORNEYS FRUSEY, MCKENNA, PLAINTIFF SENICK, AND BRANDON HAYES, ANDREW GRAYOT, REPRESENTIVES OF HOME DEPOT (CREDIT SERVICES) CITIBANK N.A. MUST APPEAR IN PERSON. ALSO ALL FUTURE PLEADINGS BY PLAINTIFF SAME REQUEST.

PLAINTIFF, DAVID SENICK REQUESTS THAT THIS HONORABLE COURT ISSUE AN ORDER COMPELLING DEFENDANT TO ADHERE TO ALL ABOVE LISTED REQUESTS WITHIN FIVE (5) DAYS OF PRIOR NOTICE OF ANY PLEADINGS IN ADVANCE.

## INTRODUCTION

① ON OR ABOUT DECEMBER 1, 2020 PLAINTIFF SENT DEFENDANT A RESPONSE TO THERE NOTICE OF REMOVAL FILED ON OR ABOUT NOVEMBER 19, 2020 RECEIVED BY PLAINTIFF ON NOVEMBER 23, 2020. THEN ON OR ABOUT

FEBRUARY 14, 2021 PLAINTIFF RECEIVES DEFENDANTS RESPONSE TO PLAINTIFFS RESPONSE DATED JANUARY 28, 2021. 84 DAYS AFTER PLAINTIFFS RESPONSE.

(2) ON OR ABOUT DECEMBER 7, 2020 PLAINTIFF SENDS DEFENDANT A REQUEST FOR ADMISSION DIRECTED TO DEFENDANT. THEN ON OR ABOUT FEBRUARY 14, 2021 PLAINTIFF RECEIVES FROM DEFENDANT OPPOSITION TO PLAINTIFFS MOTIONS TO COMPEL DISCOVERY RESPONSES FILED BY PLAINTIFF ON OR ABOUT JANUARY 13, 2021. 77 DAYS AFTER FILING ON DECEMBER 7, 2020. NOW IN DEFENDANTS ALLEGED FILING ON OR ABOUT JANUARY 28, 2021 DEFENDANT STATES ON JANUARY 14, 2021 PLAINTIFF FILED HIS MOTION CLAIMING CITIBANK FAILED TO RESPOND TO DISCOVERY HE PURPORTEDLY MAILED TO THE UNDERSIGNED ON DEC. 7, 2020. DEFENDANT IS CALLING PLAINTIFF A LIAR. BUT PLAINTIFF HAS PROOF POSITIVE IN HIS OTHER MOTIONS DEFENDANT DID IN FACT RECEIVE)

### ARGUEMENT

HOW MUCH ABUSE AND MENTAL ANGUISH MUST PLAINTIFF ENDURE AT THE HANDS OF THESE DEMONS, TO DEMORALIZE PLAINTIFF EVERY STEP OF THE WAY. A FIFTH GRADER COULD IDENTIFY THE MANIPULATION GOING ON HERE.

WHEREFORE PLAINTIFF, REQUESTS THAT THIS HONORABLE COURT GRANT THIS MOTION IMMEDIATELY.

David Sewick PRO-SE
DAVID SEWICK 610-330-9015
1637 SUGAR LN
KUNKLETOWN PA. 18058

DATED: APRIL 12, 2021

CERTIFICATE OF SERVICE

I DAVID SENICK HEREBY CERTIFY THAT ON APRIL 12, 2021 I DID CAUSE A TRUE AND CORRECT COPY OF PLAINTIFFS MOTION TO COMPEL DEFENDANT ON ALL FUTURE PLEADINGS MUST APPEAR IN PERSON AT THE WILLIAM J NEALON FEDERAL BUILDING TO DEFENDANT VIA FIRST CLASS MAIL ON THE FOLLOWING.

DANIEL MCKENNA                                CASE NO. 3:20-CV-02173

1735 MARKET ST. 51ST FLOOR

PHILADELPHIA PA. 19103-7599   215-665 8500


BY DAVID SENICK  610-330-9015

David Senick  PRO-CE

1637 SUGAR LN

KUNKLETOWN PA. 18058

```
DAVID SENICK                                UNITED STATES DISTRICT COURT
1637 SUGAR LANE                             MIDDLE DISTRICT OF PENNSYLVANIA
KUNKLETOWN PA. 18058                        CASE NUMBER
     PLAINTIFF                              3:20-CV-02173
        V.
HOME DEPOT (CREDIT SERVICES)
CITIBANK N.A.
150 POCONO COMMONS
STROUDSBURG PA. 18360
     DEFENDANT
```

ORDER

AND NOW, ON THIS _____ DAY OF _____, 2021 UPON CONSIDERATION OF PLAINTIFFS MOTION TO COMPEL ALL FUTURE PLEADINGS BY DEFENDANT AND PLAINTIFF MUST TAKE PLACE IN PERSON AND HAND DELIVERED AT THE WILLIAM J NEALON FEDERAL BUILDING, SCRANTON PA. ALL PLAYERS IN THIS CASE 3:20-CV-02173 LISTED ON MOTION TO COMPEL MUST BE PRESENT. IT IS SO ORDERED BY THE COURT ALL FUTURE PLEADINGS BY BOTH PARTIES MUST BE PRESENT IN PERSON AND HAND DELIVERED.

BY THE COURT